of counsel. Chas. G. Palmer, for appellees; Clyde C. Fisher, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

**William C. Ferris, plaintiff in error, v. Chicago Automobile Refinishing Works, Inc., et al., defendants in error. Gen. No. 37,306.**

Heard in the first division of this court for the first district at the February term, 1934. Opinion filed April 2, 1934.

A. W. Martin and Edward H. S. Martin, for plaintiff in error. Oliver J. Chambers, for defendants in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

**Richard Newton, administrator of the estate of Josephine Newton, deceased, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 37,044.**

Heard in the first division of this court for the first district at the October term, 1933. Opinion filed April 2, 1934. Rehearing denied April 16, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. David H. Bowen and Henry C. Ferguson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**Richard Newton, administrator of the estate of Josephine Newton, deceased, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 37,045.**

Heard in the first division of this court for the first district at the October term, 1933. Opinion filed April 2, 1934. Rehearing denied April 16, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. David H. Bowen and Henry C. Ferguson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**Ellen Griffin, appellee, v. Agar Packing and Provision Company, appellant. Gen. No. 37,221.**

Heard in the first division of this court for the first district at the December term, 1933. Opinion filed April 2, 1934.

Henry J. and Charles Aaron, for appellant; Franklin Raber, of counsel. George L. Griffin, for appellee.

Mr. Justice McSurely delivered the opinion of the court.